**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**MARINA SAMSON, ESQ. (SBN.: 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028
Fax   (213) 489-0552

Attorneys for Defendants, **COUNTY OF LOS ANGELES, et.al.**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, NIKOLIS PEREZ, JONATHAN ROJAS, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-03279-MEMF-AS<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**DEFENDANTS' PROPOSED** *VOIR DIRE*<br><br>**Pre-Trial Conference:**<br>Date: November 9, 2022<br>Time: 9:00 a.m.<br>Place: Courtroom 8B<br><br>**Trial:**<br>Date: November 28, 2022<br>Time: 8:30 a.m.<br>Place: Courtroom 8B |

**THE HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD HEREIN:**

1

**DEFENDANTS' PROPOSED** *VOIR DIRE*

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure § 30(b), Defendants County of Los Angeles, et.al. (collectively "Defendants") hereby respectfully submit the following proposed *voir dire* questions, or in the alternative, Defendants ask that the Court formulate its own questions to inquire about the subject matter of the categories listed below, during jury selection:

## LAW ENFORCEMENT/LAW PROFESSION/BIAS

1. Would any prospective juror describe their feelings, opinions or impressions about law-enforcement officers as negative?
2. Does any prospective juror have a negative opinion of law-enforcement officers because of anything you have experienced?
3. Does any prospective juror have a negative opinion of law-enforcement officers because of anything you have seen in the news?
4. Has any prospective juror, or any close friend of family member of yours, ever had what they consider to be a negative experience with the police?
5. Have you or any close friend of family member of yours ever been detained or arrested by any law enforcement agency?
6. Do you feel like you or any close friend of family member of yours were treated unfairly when you were detained or arrested by any law enforcement agency?
7. Has any police or law-enforcement officer ever used force against you or any close friend of family member of yours?
8. Do you feel like you or any close friend of family member of yours were treated unfairly when any police or law-enforcement officer ever used force against you or any close friend of family member of yours?

9. Have you or anyone close to you ever been injured by police or in police custody?

10. Do you feel like you or any close friend of family member of yours was treated unfairly when injured police or in police custody?

11. Have you or anyone close to you ever filed a complaint against a police officer?

12. Does any prospective juror believe that, most of the time, police officers will use too much force to arrest someone or to control a situation?

13. Does any prospective juror feel that police officers are too quick to use deadly force (e.g. shoot someone)?

14. Do you have a negative opinion of the Los Angeles County Sheriff's Department because of anything you have experienced?

15. Do you have a negative opinion of the Los Angeles County Sheriff's Department because of anything you have seen in the news?

16. Would any prospective juror have difficulty, even a little bit, being an impartial juror because this case involves a use of deadly force against a person by members of the Los Angeles County Sheriff's Department?

17. Does any prospective juror feel, even a little bit, like you cannot be an impartial juror because this case involves members of law-enforcement?

18. Do you feel like you cannot be an impartial juror because this case involves a police-involved shooting death of young Hispanic male by members of the Los Angeles County Sheriff's Department?

19. Do any of you live in an area patrolled by the Los Angeles Sheriff's Department?

20. Have you or anyone close to you ever filed or considered filing a complaint or lawsuit against a law-enforcement officer or sheriff deputy or anyone else for violation of a constitutional right?

**DEFENDANTS' PROPOSED *VOIR DIRE***

21. Have you or anyone close to you ever filed or considered filing a complaint or lawsuit against the Los Angeles Sheriff's Department
22. Have you ever had any negative or positive experiences with members of law enforcement or the justice system including, but not limited to, police officers, prosecutors, defense attorneys, and judges?
    a. Do you feel, even a little bit, that those experiences would negatively affect your ability to be a fair and impartial juror in this case?
23. Has any member of your immediate family had any negative or positive experiences with members of law enforcement or the justice system including, but not limited to, police officers, prosecutors, defense attorneys, and judges?
    a. Do you feel, even a little bit, that those experiences of your family members would negatively affect your ability to be a fair and impartial juror in this case?
24. Has any close friend of yours ever had any negative or positive experiences with members of law enforcement or the justice system including, but not limited to, police officers, prosecutors, defense attorneys, and judges?
    a. Do you feel, even a little bit, that those experiences of your close friends would negatively affect your ability to be a fair and impartial juror in this case?
25. Have you ever been employed or had experience or training in law enforcement including but not limited to the Los Angeles County Sheriff's Department, LAPD, California Highway Patrol, Department of Corrections, FBI, corrections officer, probation officer lawyer, judge or court personnel?
26. Does anyone hold the opinion that officers should only use deadly force if shot at first?

27. Does anyone hold the opinion that officers should only use deadly force if someone points a gun at them first?
28. Does anyone hold the opinion that officers should never use deadly force?
29. Do you believe that police officers are less likely to be truthful than other people?
30. Do you believe that police officers are less believable than other witnesses?
31. Does anyone feel, even a little bit, that you could not 100% fairly judge the Defendants in this case because they are law-enforcement officers due to your own experiences, knowledge of or opinions about law-enforcement officers?
32. Does anyone feel, even a little bit, that you less likely to believe the Defendants in this case because they are law-enforcement officers?
33. Does anyone feel, even a little bit, that you less likely to believe the Defendants in this case because they used deadly force that resulted in someone's death?
34. Does anyone feel, even a little bit, that Defendants would be at a disadvantage with you as a juror in this in this case because they used deadly force that resulted in someone's death?
35. Does anyone feel, even a little bit, that you will disfavor the Defendants in this case because they used deadly force that resulted in someone's death?
36. Does anyone feel, even a little bit, that you could not fairly judge the Defendants in this case because they are law-enforcement officers that used deadly force that resulted in the death of a young Hispanic male?
37. Does anyone feel, even a little bit, that it would be difficult for you to set aside what you have seen in the media regarding law-enforcement involved shootings?

38. Does anyone feel, even a little bit, that what you have seen in the media regarding law-enforcement involved shootings will cause you to be biased against or immediately critical of the Defendants in this case?

39. Has any prospective juror ever seen any incident on the internet where a police officer or officers used force against someone including, but not limited to George Floyd, etc.? What were your opinions about the officers' actions? Was there anything about that that makes you feel you would have difficulty 100% fairly judging the defendants in this case because they used deadly force against an individual that resulted in the individual's death?

40. Has any prospective juror ever seen any "news" (TV or internet) media report showing a police officer or officers using force against someone including, but not limited to George Floyd, etc.? What were your opinions about the officers' actions? Was there anything about that that makes you feel you would have difficulty 100% fairly judging the defendants in this case because they used deadly force against an individual that resulted in the individual's death?

41. Does any prospective juror belong to, or know anyone close to you who belongs to, any type of organization that may be critical of the police or police activity, such as "Copwatch' or "Black Lives Matter"?

42. Has any prospective juror attended any protest, "rally," "demonstration," or other type of gathering concerning police use of force?

43. Has any prospective juror attended any protest, "rally," "demonstration," or other type of gathering concerning police treatment of citizens?

44. Has any prospective juror posted any comment on any "social media" site (e.g. Facebook, Twitter, etc.) regarding police use of force against someone?

45. Has any prospective juror ever videotaped, including using a camera phone, police arresting and/or using force against someone?

46. Does any prospective juror favor, even slightly, the plaintiffs in this case simply because a defendant is a police officer?

47. Would any prospective juror automatically believe a police officer's testimony less than a non-police officer's testimony?

48. Is there any reason you can think of as to why you believe you could not be a 100% impartial juror in this case involving the use of deadly force by police?

49. Does any prospective juror favor, even slightly, the plaintiffs in this case because a defendant is a deputy sheriff?

50. Does any prospective juror favor, even slightly, the plaintiffs in this case because a defendant is a deputy sheriff?

51. Do any of the prospective JURORS know any police officers or deputy sheriffs?

52. Has anyone on the panel of prospective JURORS ever been injured or know anyone who has been injured by an employee of the County of Los Angeles or the County of Los Angeles Sheriff's Department?

53. Does anyone on the panel of prospective JURORS think that police officers should not be able to use force to detain or arrest someone?

54. Does anyone on the panel of prospective JURORS feel that a police officer's use of force is unreasonable if the force results in injury or death to the person being detained or arrested?

55. Does anyone on the pane of prospective JURORS feel, even a little bit, that they would award Plaintiff money because Defendants used deadly force that killed Plaintiff's family member even if the police officers' actions were reasonable and lawful?

56. Does anyone on the pane of prospective JURORS feel, even a little bit, that they would award Plaintiff money out of sympathy for the death of Plaintiff's son even if the police officers' actions were reasonable and lawful?

**DEFENDANTS' PROPOSED *VOIR DIRE***

**PROFESSIONAL, TECHNICAL AND/OR LEGAL BACKGROUNDS**

57. Do any of the prospective JURORS have any legal training, any law enforcement experience or training or any military experience? If so:
    a. What is your knowledge and/or training or experience?
    b. Where, when and how did you acquire this knowledge and/or training?
    c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

58. Do any of the prospective JURORS know anyone who has any legal training, any law enforcement experience or training, or any military experience or training?
    a. What is his/her knowledge and/or training or experience?
    b. What is your relationship with him/her?
    c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

59. Do any of the prospective JURORS have any scientific experience, training or degrees?
    a. What is your knowledge and/or training or experience?
    b. Where, when and how did you acquire this knowledge and/or training?
    c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

60. Do any of the prospective JURORS have any medical experience, training or degrees?
    a. What is your knowledge and/or training or experience?
    b. Where, when and how did you acquire this knowledge and/or training?
    c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

**MEDIA**

61. Has anyone on the panel of prospective JURORS heard or seen media coverage relating to this case?
62. Do any of you feel that because something is printed in a newspaper, magazine or in another form of media that it must be true?
63. Do any of you feel that because you hear something on the news that it must be true?
    a. If so, what have you heard or seen about this case?
    b. Do you believe that anything you heard or seen in the media would affect your ability to be a fair and impartial juror?
    c. Would anyone have difficulty, even a little bit, deciding this case solely based upon what you hear and see in this courtroom, and not what you've heard or seen in the news media?

### EVIDENCE/BURDEN OF PROOF

64. Do each of you understand that the burden of proving this case rests solely with Plaintiff?
65. Do each of you understand that the Defendants are not required to call any witnesses or produce any evidence?
66. Do each of you understand that the Complaint in this case is merely an allegation and is not evidence of wrongdoing?
67. Does anyone on the panel of prospective JURORS feel that because Plaintiff filed a lawsuit, the allegations are more likely true than not?

### MISCELLANEOUS FINAL QUESTIONS

68. Evidence in this case may consist of graphic photographs of a deceased person. Would any juror have mental or emotional difficulty, even a little bit, with that?

69. Testimony in this case may be emotional because the Decedent is this case is the Plaintiff's son. Would any juror have difficulty, even a little bit, setting aside their sympathy for the Plaintiff?

70. Testimony in this case may be emotional because the Decedent is this case is the Plaintiff's son. Would any juror be inclined, even a little bit, to find against Defendants due to their sympathy for the Plaintiff?

71. Testimony in this case may be emotional because the Decedent is this case is the Plaintiff's son. Would any juror have difficulty, even a little bit, setting aside their sympathy for the Plaintiff and finding for Defendants if Plaintiff did not meet their burden of proof?

72. Evidence in this case may consist of graphic photographs of the Plaintiff's deceased son. Would any juror have difficulty, even a little bit, setting aside their sympathy for the Plaintiff?

73. Evidence in this case may consist of graphic photographs of the Plaintiff's deceased son. Would any juror be inclined, even a little bit, to find against Defendants due to their sympathy for the Plaintiff?

74. Evidence in this case may consist of graphic photographs of the Plaintiff's deceased son. Would any juror have difficulty, even a little bit, setting aside their sympathy for the Plaintiff and finding for Defendants if Plaintiff did not meet their burden of proof?

75. Evidence in this case may consist of graphic photographs of the Plaintiff's deceased son. Would any juror have difficulty, even a little bit, remaining impartial to Defendants who caused the Decedent's death?

76. Have you ever sued someone?

77. Have you ever been sued?

78. Has any member of your immediate family ever sued someone?

79. Has any close friend of yours ever sued someone?

**DEFENDANTS' PROPOSED *VOIR DIRE***

80. Has any member of your immediate family ever been sued?
81. Has any close friend of yours ever been sued?
82. Do you have a medical problem, or difficulty with language skills which could impair your ability to devote your full attention to this trial?
83. Does anyone feel that because Plaintiff has filed a lawsuit that the allegations are more likely true than not?
84. Has any juror served in the military?
85. Is any juror a gun owner?
86. Does any juror have any strong opinions regarding gun-control or gun-violence?
87. Does any prospective juror know someone who was a victim of gun-violence?
88. Does any prospective juror know not how a firearm works?
89. Has any prospective juror had a firearm pointed at them or at someone they know?
90. Has any prospective juror been shot at?
91. Are any of you acquainted with the name of the judge, any attorney, any party or witness to this case? If yes, please explain.
92. Are any of you acquainted with or have any family that lives in East Los Angeles? If yes, please explain.
93. Is there anything that you think the Court, counsel or the parties should know about your qualifications to sit as a juror in this case?
94. Do any of you feel right now that Plaintiff should recover something because Defendants used deadly force that resulted in the death of their loved one?
95. Do any of you feel right now that Plaintiff should recover something because Plaintiff took the time to file a lawsuit?

96. Do any of you feel right now that that Plaintiff should receive monetary damages from the Defendants because you feel sympathy towards Plaintiff because Defendants used deadly force that resulted in the death of their loved one??

97. Would any of you prefer not to sit as a juror in this case for any reason other than economic hardship? If yes, please explain.

## FINAL QUESTIONS

98. This case involved the shooting death of a young male Hispanic by Sheriff's deputies. Have any of you heard or seen anything about the case in the news that makes you believe it would be difficult for you to consider the evidence fairly and impartially and render a verdict based solely on the evidence in this case?

99. If selected as a juror, would you view this case as an opportunity to attempt to correct a wrong or injustice which you personally believe the police in general have committed against you personally, against someone close to you or in your family, or on society in general?

100. Would anyone have difficulty, even a little bit, following the law if they disagree with it?

101. Would anyone have difficulty, even a little bit, if chosen as a juror to base your decision/verdict on the evidence alone whether you like or dislike the outcome?

**Dated:  October 26, 2022**         **IVIE McNEILL WYATT PURCELL & DIGGS**

                                     **By:** */s/ Marina Samson*
                                     **RICKEY IVIE
                                     MARINA SAMSON
                                     Attorneys for Defendants,
                                     COUNTY OF LOS ANGELES, et al.**