**RICKEY IVIE, ESQ. (SBN 76864)**
rivie@imwlaw.com
**MARINA SAMSON, ESQ. (SBN 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA  90071-2919
Telephone:  (213) 489-0028
Facsimile:  (213) 489-0552

Attorneys for Defendants, **COUNTY OF LOS ANGELES, et al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>        *Plaintiffs,*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et.al.,<br><br>        *Defendants.* | Case No.: 2:19-cv-03279-MEMF-AS<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**DEFENDANTS' NOTICE OF LODGING UNDER SEAL DEFENDANTS' EXHIBITS 1 AND 2 IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF RE: DEFENDANTS' MOTION** *IN LIMINE* **NO. 1 TO EXCLUDE EVIDENCE, ARGUMENT, AND TESTIMONY REGARDING "BANDITOS," "DEPUTY GANGS/CLIQUES," "KENNEDY HALL INCIDENT"; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARINA SAMSON, ESQ.**<br><br>Trial Date:  November 28, 2022<br>Time:  8:30 a.m.<br>Courtroom:  8B |

- 1 -

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants County of Los Angeles, et. al. ("Defendants") have lodged, under seal, Exhibit 1-Plaintiff's Sealed Exhibits In Support of Opposition to Defendant's Motion for Summary Judgement and Exhibit 2 – Deposition Transcripts of Plaintiff's intended witnesses, with this above-entitled United States District Court located at First Street Courthouse, 350 West 1st Street, Courtroom 8B, Los Angeles, California 90012-4565.

Dated:  November 17, 2022

           **IVIE McNEILL WYATT PURCELL & DIGGS**
**By:**  */s/ Marina Samson*
           **RICKEY IVIE**
           **MARINA SAMSON**
           Attorneys for Defendants,
           **County of Los Angeles, et al.**