Humberto Guizar, Esq. (SBN 125769)
   hguizar@ghclegal.com
Christian Contreras Esq. (SBN 330269)
   ccontreras@ghclegal.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
3500 W. Beverly Boulevard
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Attorneys for Plaintiff,
LISA VARGAS

**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**MARINA SAMSON (S.B.N.: 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028
Fax    (213) 489-0552
Attorneys for Defendants, COUNTY OF LOS ANGELES, et.al.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>                    Plaintiff<br><br>        v.<br><br>COUNTY OF LOS ANGELES, NIKOLIS PEREZ, JONATHAN ROJAS, and DOES 1 through 10, inclusive,<br><br>                    Defendants | Case No.:  **2:19-cv-03279-MEMF-AS**<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**JOINT WITNESS LIST – PHASE II**<br><br>Trial Date:        April 6, 2023 |

**TO   HONORABLE   COURT,   ALL   PARTIES   AND   TO   THEIR ATTORNEYS OF RECORD HEREIN**:

The Parties by and through their counsel of record, do hereby submit their Joint Witness List in accordance with the Fed. R. Civ. Proc. and Local Rule 16-5.

## JOINT WITNESS LIST

| No. | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time Estimate (Direct) | Time Estimate (Cross) | Dates of Testimony (To be Filled out During Trial) |
|---|---|---|---|---|---|
| **1.** | Plaintiff Lisa Vargas<br><br>Can be contacted through counsel. | Damages and foundational information regarding Anthony Vargas. | 1.5 hour | Δ- 1 hour | |

| No. | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time Estimate (Direct) | Time Estimate (Cross) | Dates of Testimony (To be Filled out During Trial) |
|---|---|---|---|---|---|
| 2. | Dr. Timothy Dutra, County of LA Department of Medical Examiner-Coroner (Through his deposition testimony) | Non-retained forensic pathology expert testifying regarding cause of death of Anthony Vargas. Locations of bullet entry and exit wounds. Testimony regarding autopsy photos, bullet trajectory rods, diagrams from autopsy.  Other testimony within the field of forensic pathology. | 45 minutes<br><br>Δ- 1 hour (If not called by Plaintiff) | Δ- 1 hour | |
| 3. | Okorie Okorocha: | Plaintiff's retained expert regarding toxicology who will testify about Anthony Vargas' purported | 20 min. | Δ- 1 hour | |

3
**JOINT WITNESS LIST – PHASE II**

| No. | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time Estimate (Direct) | Time Estimate (Cross) | Dates of Testimony (To be Filled out During Trial) |
|---|---|---|---|---|---|
| | **Expert** Chemist & Drug expert | intoxication on August 12, 2018. | | | |
| 4. | Captain Ewert La Fire Dept | | 15 min. | Δ- 10 min | |
| 5. | Stephanie Luna | Aunt of Anthony Vargas who will testify regarding damages. | 30 mins. | | |
| 6. | Los Angeles Coroner | Los Angeles Coroner criminalist re: marijuana in Decedent's blood. | Δ- 15 min | Π-10 mins. | |

**JOINT WITNESS LIST – PHASE II**

| No. | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time Estimate (Direct) | Time Estimate (Cross) | Dates of Testimony (To be Filled out During Trial) |
|---|---|---|---|---|---|
| | criminalist C. Dal Chele | | | | |
| 7. | Los Angeles Coroner criminalist J. Posada | Los Angeles Coroner criminalist re: methamphetamine in Decedent's blood. | Δ- 15 min | Π-10 mins. | |
| 8. | Dr. Marvin Pietruszka, M.D. | Defendants' retained expert forensic toxicologist and pathologist. Will testify re: significance of Decedent's toxicology results, pathology of Decedent's wounds, opinions set forth | Δ-2 hours | Π - 1 hours | |

| No. | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time Estimate (Direct) | Time Estimate (Cross) | Dates of Testimony (To be Filled out During Trial) |
|---|---|---|---|---|---|
| | | in his report, and Decedent's life expectancy to a reasonable medical probability+ rebuttal to Plaintiff's toxicology expert Okorie Okorocha. | | | |
| 9. | Detective Dean Camarillo | Call to the next of the Kin and photos found in Mr. Vargas's cell phone. | Δ- 15 min | Π-10 mins. | |

DATED: March 30, 2023        **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: */s/ Christian Contreras*
HUMBERTO GUIZAR
CHRISTIAN CONTRERAS[1]

---

[1] I attest that pursuant to the Local Rules, all signatories to this filing authorized this filing.

1

2

Attorneys for Plaintiff
LISA VARGAS

3

4

5

6

7

DATED: March 30, 2023      **IVIE McNEILL WYATT**
                            **PURCELL & DIGGS**

By:    */S/ Marina Samson*
        **RICKEY IVIE**
        **MARINA SAMSON**
        **Attorneys for Defendant,**
        **COUNTY OF LOS ANGELES, et.al**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

7

**JOINT WITNESS LIST – PHASE II**