Humberto Guizar, Esq. (SBN 125769)
 hguizar@ghclegal.com
Christian Contreras Esq. (SBN 330269)
 ccontreras@ghclegal.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
3500 W. Beverly Boulevard
Montebello, California 90640
Telephone: (323) 725-1151; Facsimile: (323) 597-0101

Attorneys for Plaintiff, LISA VARGAS

**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**MARINA SAMSON (S.B.N.: 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028; Fax     (213) 489-0552
Attorneys for Defendants, COUNTY OF LOS ANGELES, et.al.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>              Plaintiff<br><br>    v.<br><br>COUNTY OF LOS ANGELES, NIKOLIS PEREZ, JONATHAN ROJAS, and DOES 1 through 10, inclusive,<br><br>              Defendants | **Case No.: 2:19-cv-03279-MEMF-AS**<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date:      April 6, 2023<br>Time:             8:00 a.m.<br>Courtroom:    8B |

**TO HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

**COME NOW** the parties and hereby submit this joint statement of the case.

1

**JOINT STATEMENT OF THE CASE**

## [PROPOSED] JOINT STATEMENT OF THE CASE

This case involves a fatal deputy-involved shooting incident which occurred on August 12, 2018, at the Nueva Maravilla Housing Complex in East Los Angeles, California. On the morning of August 12, 2018, Los Angeles County Sheriff's Department Deputies Jonathan Rojas and Nikolis Perez shot and killed Anthony Vargas.

The Plaintiff is Lisa Vargas, the mother of Anthony Vargas. The defendants are the County of Los Angeles and Los Angeles County Sheriff's Department Deputies Jonathan Rojas and Nikolis Perez.

The Plaintiff claims that Deputies Jonathan Rojas and Nikolis Perez used excessive force against Anthony Vargas in violation of Anthony Vargas' constitutional rights. The Plaintiff also claims that Deputies Jonathan Rojas and Nikolis Perez committed assault and battery against Anthony Vargas, were negligent, and violated the Bane Act and violated Plaintiff Lisa Vargas's substantive due process rights. The Plaintiff is seeking compensatory and punitive damages. The Plaintiff has the burden of proving these claims by a preponderance of the evidence.

The Defendants deny the Plaintiff's claims, and contend that the force that Deputies Rojas and Perez used against Anthony Vargas was reasonable, necessary, and lawful. Defendants also contend that their use of force was in lawful self-defense and/or defense of others, Mr. Vargas was comparatively negligent, and Plaintiff and Mr. Vargas failed to mitigate their damages. The defendants have the burden of proof on these counterclaims and affirmative defenses. The Defendants also dispute the nature and extent of the damages claimed by the Plaintiff.

This trial is bifurcated into two phases meaning that as jurors, you will first only be presented evidence regarding liability in the first phase. Liability is the determination as to whether either Defendant committed the wrongs alleged by Plaintiff. You will have to render a verdict on liability against the Defendants and in favor of Plaintiff in any of the claims to proceed to the second phase. In the second

phase, you will be presented with evidence concerning damages. Damages is the determination as to how much to compensate Plaintiff for any of the claims you find in her favor.

DATED: March 30, 2023                    **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: *[signature]*
HUMBERTO GUIZAR
CHRISTIAN CONTRERAS[1]
Attorneys for Plaintiff

Dated: March 30, 2023                    **IVIE McNEILL WYATT PURCELL & DIGGS**

By:    */s/ Marina Samson*
**RICKEY IVIE
MARINA SAMSON
Attorneys for Defendant,
COUNTY OF LOS ANGELES, et.al.**

---

[1] Pursuant to the Local Rules, I attest that all signatories to this document authorized the joint filing of this document.

3
**JOINT STATEMENT OF THE CASE**