| | |
|---|---|
| 1 | **RICKEY IVIE, ESQ. (SBN 76864)** |
|   | rivie@imwlaw.com |
| 2 | **MARINA SAMSON, ESQ. (SBN 315024)** |
| 3 | msamson@imwlaw.com |
|   | **IVIE McNEILL WYATT PURCELL & DIGGS** |
| 4 | **A Professional Law Corporation** |
| 5 | 444 South Flower Street, Suite 1800 |
|   | Los Angeles, CA  90071-2919 |
| 6 | Telephone:  (213) 489-0028 |
| 7 | Facsimile:   (213) 489-0552 |

Attorneys for Defendants, **COUNTY OF LOS ANGELES, et al.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA VARGAS, | ) | Case No.: 2:19-cv-03279-MEMF-AS |
|  | ) | *[Hon. Maame Ewusi-Mensah* |
| Plaintiffs, | ) | *Frimpong, United States District* |
|  | ) | *Judge]* |
| vs. | ) |  |
|  | ) | **DEFENDANTS' NOTICE OF** |
| COUNTY OF LOS ANGELES, et.al., | ) | **LODGING OF [DKT NO 209]** |
|  | ) | **INDEX RE: JOINT** |
| Defendants. | ) | **STIPULATIONS AND** |
|  | ) | **OBJECTIONS TO DEPOSITION** |
|  | ) | **TESTIMONY OF CARLOS** |
|  | ) | **ALFREDO ESTRADA- FILED** |
|  | ) | **MARCH 30, 2021** |
|  | ) |  |
|  | ) | Trial Date:     April 3, 2023 |
|  | ) | Time:           8:00 a.m. |
|  | ) | Courtroom:  8B |

- 1 -

DEFENDANTS' NOTICE OF LODGING OF [DKT NO 209] INDEX RE: JOINT STIPULATIONS AND OBJECTIONS TO DEPOSITION TESTIMONY OF CARLOS ALFREDO ESTRADA- FILED MARCH 30, 2021

**TO HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendants County of Los Angeles, et al. ("Defendants") have lodged Docket No. 209-1 Index Re: Joint Stipulations and objections to Deposition Testimony of Carlos Alfredo Estrada, Filed March 30, 2021 with this above-entitled United States District Court located at First Street Courthouse, 350 West 1st Street, Courtroom 8B, Los Angeles, CA 90012.

Dated: March 31, 2022

**IVIE McNEILL WYATT PURCELL & DIGGS**

**By:** */s/ Marina Samson*
**RICKEY IVIE**
**MARINA SAMSON**
Attorneys for Defendants,
**County of Los Angeles, et al.**

DEFENDANTS' NOTICE OF LODGING OF [DKT NO 209] INDEX RE: JOINT STIPULATIONS AND OBJECTIONS TO DEPOSITION TESTIMONY OF CARLOS ALFREDO ESTRADA- FILED MARCH 30, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28