**RICKEY IVIE, ESQ. (SBN 76864)**
rivie@imwlaw.com
**MARINA SAMSON, ESQ. (SBN 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, CA  90071-2919
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Defendants, **COUNTY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS, | Case No.: 2:19-cv-03279-MEMF-AS |
| | *[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]* |
| Plaintiffs, | |
| vs. | |
| COUNTY OF LOS ANGELES, et.al., | **DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TESTIMONY OF TIMOTHY DUTRA, M.D.** |
| Defendants. | |
| | Trial Date:    April 3, 2023 |
| | Time:          8:00 a.m. |
| | Courtroom:     8B |

- 1 -
DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TESTIMONY OF TIMOTHY DUTRA, M.D.

1  TO HONORABLE COURT, ALL PARTIES AND TO THEIR
2  ATTORNEYS OF RECORD HEREIN:

3  **PLEASE TAKE NOTICE THAT** Defendants County of Los Angeles, et
4  al. ("Defendants pursuant to Local Rules 16-2.7 and 32-1 despite the subject
5  witnesses not being established as unavailable witnesses, hereby lodges the
6  depositions transcripts of Dr. Timothy Dutra. This lodging is also accompanied
7  with the index of testimony as requires pursuant to Local Rule 32-1.

Dated:  April 3, 2023                    **IVIE McNEILL WYATT**
                                         **PURCELL & DIGGS**

                              By:  */s/ Marina Samson*
                                   **RICKEY IVIE**
                                   **MARINA SAMSON**
                                   Attorneys for Defendants,
                                   **County of Los Angeles, et al.**

DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TESTIMONY OF TIMOTHY DUTRA, M.D.

- 1 -