UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:19-cv-03279-MEMF-ASx                                         Date: April 5, 2023

Title   *Lisa Vargas v. County of Los Angeles, et al.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  In Chambers – Joint Exhibit List (ECF No. 338)**

Before the Court is the Joint Exhibit List filed by the parties, ECF No. 338. The Court held oral argument on the objections listed therein at the Third Pretrial Conference ("3PTC") on April 5, 2023.

At the 3PTC, the parties took the following positions or made the following stipulations:

1. Defendants stipulated to the authenticity and admissibility of the following Plaintiff's Exhibit 10.

2. Defendants withdrew the following exhibits from the Joint Exhibit List: 101-102, and 181-182.

3. Defendants advised that the following exhibits will only be presented during Phase II: 103, 118- 121, 132, 134-135, 137, 141-144, 183, 197-199, 203-207.

For the reasons stated at the 3PTC, the Court hereby ORDERS as follows:

1. Defendants' objections to the following exhibits are OVERRULED in accordance with the Court's ruling on Defendants' Motion *in limine* No. 10 where the Court denied the Defendants' request to exclude graphic photos of Anthony Vargas: **6-8, 11-21, 26-32, and 34.** At the hearing, Defendants stipulated as to the authenticity of these exhibits. They are not to restate their objections at trial; the objections are preserved.

2. Defendants' objections to the following exhibits are OVERRULED as each exhibit is non-hearsay: **35** (FRE 801(d)(2)(A)), **36** (FRE 801(d)(2)(A)), and **44** ((FRE 801(d)(2)(D)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:19-cv-03279-MEMF-ASx                              Date: April 5, 2023

Title   <u>Lisa Vargas v. County of Los Angeles, et al.</u>

    as the witness is an employee of the County of Los Angeles). At the hearing, Defendants stipulated as to the authenticity of these exhibits. They are not to restate their objections at trial; the objections are preserved.

3. Plaintiff's Exhibit **52** may only come in for impeachment.

4. Plaintiff's objection to Defense Exhibit **162** was inadvertently not addressed. The parties shall present oral argument regarding this objection at the next opportunity prior to opening statements.

5. Parties position on Defense Exhibit **171** not addressed. The parties shall advise the Court as to their position on this exhibit at the next opportunity prior to opening statements.

6. Defense requested additional time to meet and confer and present their position on Defense Exhibits **208** and **209**. The parties shall advise the Court as to their position on this exhibit at the next opportunity prior to opening statements.

7. The parties are encouraged to agree as to the admissibility of any and all exhibits.

8. The parties may raise appropriate foundation objections at trial.

9. The Court will address objections to Phase II evidence before the beginning of Phase II.

**IT IS SO ORDERED.**

                                                                          **Initials of Preparer**  :