RICKEY IVIE, ESQ. (SBN 76864)
rivie@imwlaw.com
MARINA SAMSON, ESQ. (SBN 315024)
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, CA  90071-2919
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Defendants, **COUNTY OF LOS ANGELES, et al.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>　　　　*Plaintiffs,*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et.al.,<br><br>　　　　*Defendants.* | Case No.: 2:19-cv-03279-MEMF-AS<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TESTIMONY OF CARLOS ESTRADA**<br><br>Trial Date:     April 6, 2023<br>Time:           8:00 a.m.<br>Courtroom:   8B |

- 1 -
DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TESTIMONY OF CARLOS ESTRADA

**TO HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendants County of Los Angeles, et al. ("Defendants pursuant to Local Rules 16-2.7 and 32-1 despite the subject witnesses not being established as unavailable witnesses, hereby lodges the depositions transcripts of Carlos Estrada. This lodging is also accompanied with the index of testimony as requires pursuant to Local Rule 32-1.

Dated: April 5, 2023

**IVIE McNEILL WYATT PURCELL & DIGGS**

By: */s/ Marina Samson*
**RICKEY IVIE**
**MARINA SAMSON**
Attorneys for Defendants,
**County of Los Angeles, et al.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28