# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LISA VARGAS, )
)
            Plaintiff, )
)
     vs. ) **CASE NO.** 2:19-CV-03279-PSG-AS
)
COUNTY OF LOS ANGELES, a )
governmental entity;  DEPUTY )
NIKOLIS PEREZ, an individual, )
DEPUTY JONATHAN ROJAS, an )
individual, and DOES 1 to  10, )
inclusive, )
)
)
_____ )

## DEPOSITION OF
## JAYMEE VARGAS PONCE

**DATE:**     July 2, 2020

**REPORTER:**    Jina Jani



## HINES REPORTERS
### INTERNATIONAL TOWER
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   LISA VARGAS,                    )
                                     )
 5          Plaintiff,               )
                                     )
 6       vs.                         )  Case No.:
                                     )  2:19-cv-03279-PSG-AS
 7   COUNTY OF LOS ANGELES, a        )
     governmental entity;           )
 8   DEPUTY NIKOLIS PEREZ, an        )
     individual, DEPUTY              )
 9   JONATHAN ROJAS, an              )
     individual, and DOES 1 to )
10   10, inclusive,                  )
                                     )
11          Defendants.              )
     _____)
12

13

14

15            DEPOSITION OF JAYMEE VARGAS PONCE

16                 Via Remote Technology

17                    July 2, 2020

18

19

20

21

22

23   REPORTED BY:  JINA JANI, CSR NO. 8888

24   JOB NO.:  87854

25   PAGES 1 - 55
```

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA |
| 3 | |

```
 4  LISA VARGAS,                    )
                                    )
 5          Plaintiff,              )
                                    )
 6      vs.                         )  Case No.:
                                    )  2:19-cv-03279-PSG-AS
 7  COUNTY OF LOS ANGELES, a        )
    governmental entity;           )
 8  DEPUTY NIKOLIS PEREZ, an        )
    individual, DEPUTY             )
 9  JONATHAN ROJAS, an              )
    individual, and DOES 1 to )
10  10, inclusive,                  )
                                    )
11          Defendants.             )
    _____)
12
```

18        Deposition of Jaymee Vargas Ponce, taken on

19   behalf of Defendant County of Los Angeles via remote

20   technology in California, commencing at 9:06 A.M. and

21   concluding at 10:56 A.M., Thursday, July 2, 2020,

22   before Jina Jani, CSR No. 8888.

Vargas vs. COLA                                             Deposition of Jaymee Vargas

```
 1                     A P P E A R A N C E S :

 2

 3    FOR PLAINTIFF:

 4         GUIZAR, HENDERSON & CARRAZCO
           BY:  HUMBERTO GUIZAR, ESQ.
 5         3500 West Beverly Boulevard
           Montebello, California  90640
 6         (323) 725-1151
           hguizar@ghclegal.com
 7
      FOR DEPONENT:
 8
           GUIZAR, HENDERSON & CARRAZCO
 9         BY:  CHRISTIAN CONTRERAS, ESQ.
           3500 West Beverly Boulevard
10         Montebello, California  90640
           (323) 725-1151
11         info@ghclegal.com

12

      FOR DEFENDANT COUNTY OF LOS ANGELES:
13
           IVIE, McNEILL & WYATT
14         BY:  ANTONIO K. KIZZIE, ESQ.
           444 South Flower Street
15         Suite 1800
           Los Angeles, California  90071
16         (213) 489-0028
           akizzie@imwlaw.com
17

18

19

20

21

22

23

24

25
```

Vargas vs. COLA                                         **Deposition of Jaymee Vargas**

```
 1                           I N D E X

 2

 3   EXAMINATION                               PAGE

 4   By Mr. Kizzie                               5

 5   By Mr. Contreras                           52

 6

 7

 8   EXHIBITS                                  PAGE

 9   Exhibit 55   Defendant County of Los Angeles'   9
                  Notice of Deposition and
10                Subpoena of Jaymee Vargas
                  7 pages
11
     Exhibit 56   County of Los Angeles Sheriff's
12                Department Supplemental Report
                  1 page (Not marked on the record)
13
     Exhibit 57   Photograph, 1 page               46
14
     Exhibit 58   Photograph, 1 page               46
15
     Exhibit 59   Photograph, 1 page               47
16
     Exhibit 60   Photograph, 1 page               48
17

18

19

20

21

22

23

24

25
```

```
 1              THURSDAY, JULY 2, 2020; TORRANCE, CALIFORNIA

 2                            -0-

 3

 4                  JAYMEE VARGAS PONCE,

 5              having been first duly sworn, was

 6              examined and testified as follows:

 7

 8                      EXAMINATION

 9

10    BY MR. KIZZIE:

11

12         Q.   Good morning, Ms. Vargas.  Would you please

13    state and spell your name for the record.

14         A.   My name is Jaymee Vargas Ponce.  My first

15    name is spelled J-A-Y-M-E-E, Vargas is V-A-R-G-A-S,

16    Ponce is P-O-N-C E.

17         Q.   All right.  Thank you very much for joining

18    us today.

19         Have you ever had your deposition taken before?

20         A.   No.

21         Q.   Okay.  Have you ever testified in court

22    before?

23         A.   No.

24         Q.   Okay.  In a civil case like this one, a

25    deposition is essentially a question and answer session
```

1    where I ask questions and you testify truthfully under

2    oath under penalty of perjury as if you were testifying

3    in court with a judge and a jury right there in the

4    same room.

5           Do you understand?

6           A.   Yes.

7           Q.   All right.  And do you understand that the

8    testimony that you're giving today carries the exact

9    same weight and is made under the exact same oath as if

10   you were testifying in court, in a courthouse with a

11   judge and jury present?

12          A.   Yes.

13          Q.   Okay.  Now, as you can see, we have a court

14   reporter here taking down everything that's discussed;

15   however, as talented as they are, it's difficult for

16   the court reporter to take down 2 people talking at the

17   same time.

18          So even if you know the answer to my questions,

19   will you please wait until I'm finished asking it

20   before you answer the question to make our court

21   reporter's job a little easier?

22          A.   Yes.

23          Q.   Okay.  And also, you may shake your head yes

24   or no or up or down and I understand what you mean

25   because I can see you; however, everything that's

 1          A.   4819 Whittier Boulevard, Apartment C,

 2   Los Angeles, California 90022.

 3          Q.   Okay.  And who lives with you at that

 4   address?

 5          A.   Me, my daughter, and my mother.

 6          Q.   And your mother is Lisa Vargas?

 7          A.   Yes.

 8          Q.   Okay.  All right.  And is there anyone else

 9   with you present at this deposition?  Anyone else in

10   the room?

11          A.   Yes, one of my cousins for emotional

12   support.

13          Q.   Okay.  Got it.

14          And are you currently employed?

15          A.   Yes.

16          Q.   Where?

17          A.   I'm an IHSS worker.

18          Q.   And what do you do as an IHSS worker?

19          A.   I go to homes and give assistance.

20          Q.   Okay.  And what is IHSS?

21          A.   It's like caretaking.

22          Q.   Okay.  And what does IHSS stand for?

23          A.   In-Home Supportive Services.

24          Q.   Okay.  Got it then.

25          And do you go to like a trade school or a

1    community college or something to get certified in

2    IHSS?

3           A.   No.   I just went to training, 2 trainings,

4    and that's it.

5           Q.   Okay.   All right.   So from time to time, I'm

6    going to be asking you questions regarding, I believe,

7    the August 12th 2018 incident involving your brother

8    Anthony Vargas, and when I refer to it, I'm going to

9    refer to it as "the incident."

10          Do you understand?

11          A.   Okay.

12          Q.   All right.   At any time on or around

13   August 12, 2018 did you ever go into the East

14   Los Angeles sheriff's station and speak with anyone

15   regarding a deputy involved shooting?

16          A.   Say that again.

17          Q.   On or about August 12, 2018, did you ever

18   personally, you, go into the East Los Angeles sheriff's

19   station to inquire about a deputy involved shooting

20   that took place at the Nueva Maravilla Housing

21   Community?

22          A.   I did.

23          Q.   Okay.   And when you went to that East L.A.

24   station, you were asking if it was your brother Anthony

25   Vargas who was involved in the deputy involved

1    shooting; is that right?

2         A.   I did, yes.

3         Q.   Okay.  And do you recall who you spoke to,

4    whether it was a man or a woman?

5         A.   It was a male, and I believe it was a

6    sergeant.  It was a superior.

7         Q.   Okay.  Got it.

8         Approximately what time did you go into the East

9    L.A. station on or around August 12, 2018?  Your best

10   estimate is fine.

11        A.   Early morning.

12        Q.   Okay.

13        A.   It happened before 10:00 A.M.

14        Q.   Okay.  So on August 12, 2018 in the early

15   morning sometime before 10:00 A.M., you went into the

16   East Los Angeles sheriff's station and spoke with

17   someone regarding the deputy involved shooting at the

18   Nueva Maravilla Housing Community?

19        A.   Yes.

20        Q.   Okay.  And from time to time, I may restate

21   your testimony back to you.  I'm not trying to put

22   words in your mouth or anything like that.  I just want

23   to make sure that I'm understanding accurately and

24   correctly what you're telling me.

25        If at any time I restate your testimony back to

```
 1   you and it's inaccurate, will you please correct me?

 2        A.  Okay.

 3        Q.  And if any time you don't understand one of

 4   my questions, will you please ask me to clarify it,

 5   specify it, restate it, or anything that I have to do

 6   to correct it?  You won't hurt my feelings.  Okay?

 7        A.  Okay.

 8        Q.  All right.  And when you went to the East

 9   L.A. sheriff's station the morning of August 12, 2018,

10   were you told generally that investigators were

11   conducting interviews and investigating the incident?

12        A.  Yes.

13        Q.  Okay.  And also when you went to the

14   sheriff's station the morning of August 12, 2018, did

15   you leave your phone number with the staff member you

16   spoke with?

17        A.  I did.

18        Q.  And was that phone number 323-427-8332?

19        A.  Yes.

20        Q.  And you told that staff member at the

21   sheriff's station on August 12, 2018 that your brother

22   was approximately 21 years old and had a husky build;

23   is that right?

24        A.  Yes.

25        Q.  All right.  And did you also tell that staff
```

1    member at the East L.A. sheriff's station that it was

2    your understanding that your brother was attending a

3    party at an unknown apartment on Colonia de Los Cedros

4    at the East L.A. Nueva Maravilla Housing Community?

5         A.  Yes.

6         Q.  And how did you know that your brother was

7    attending a party at an apartment on Colonia de Los

8    Cedros at East L.A. Nueva Maravilla Housing Community?

9         A.  I had found out when I got there, when I got

10   the call that he was missing, or he wasn't there.

11        Q.  How did you first find out that there was an

12   incident at the Nueva Maravilla Housing Community on

13   August 12, 2018?

14        A.  One of his friends called my mother, and my

15   mother told me.

16        Q.  One of Anthony Vargas's friends called your

17   mother, and then your mother told you?

18        A.  Yes.

19        Q.  And what was the name of Anthony Vargas's

20   friend that called your mother?

21        A.  I don't know who called my mom.  You would

22   have to ask her.

23        Q.  Okay.  Do you know their nickname?  First

24   name?  Last name?

25        A.  No.

1    Q.   Okay.  Next, so how did you know that your

2    brother was attending a party at an unknown apartment

3    in Colonia de Los Cedros as well?

4        A.   Like I told you, my mother told me.

5        Q.   Okay.  And did you tell the staff member at

6    the sheriff's department that Anthony Vargas lived with

7    an unknown friend on Ferris Avenue in East L.A.?

8        A.   It wasn't an unknown friend.  That's the

9    address.  Not on Ferris.  He lives on La Verne.  I

10   never said that.

11       Q.   Okay.  So around August 12, 2018, what was

12   Anthony Vargas's address?

13       A.   529 South La Verne Avenue.

14       Q.   All right.  And who did Anthony Vargas live

15   with on or around August 12, 2018 at 529 South La Verne

16   Avenue?

17       A.   My grandmother.

18       Q.   What's your grandmother's name?

19       A.   Yolanda Aguilar.

20       Q.   Yolanda Aguilar?  All right.  So then I will

21   ask a different question.

22       Did you tell the staff member at the sheriff's

23   department that Anthony Vargas lived with a friend of

24   his on Ferris Avenue in East L.A.?

25       A.   No, I didn't.

1     Q.   Do you have any idea where the sheriff's

2  staff member would have come up with this information?

3     A.   I mean unless they misunderstood me, 'cause

4  they might have asked me where I lived.

5     Q.   And --

6     A.   And I live on Whittier Boulevard and Ferris.

7  That's where I live.

8     Q.   Okay.

9     MR. GUIZAR:   Good morning.

10    MR. KIZZIE:   Good morning, Mr. Guizar.

11    MR. GUIZAR:   I'll state my name for the record

12  if you want.

13    MR. KIZZIE:   That's fine.   Good morning.

14    Q.   Did you know any of Anthony Vargas's friends

15  that he was with on the date of August 12, 2018?   Did

16  you know any of their names?

17    A.   No.

18    Q.   On or around August 12, 2018, did you or

19  Anthony Vargas have any family that lived in the Nueva

20  Maravilla Housing Community?

21    A.   Previously or when the incident happened?

22    Q.   When the incident happened.

23    A.   No.

24    Q.   All right.   Do you have any knowledge as to

25  why Mr. Vargas was at the Nueva Maravilla Housing

1    Community on the date of the incident?

2          A.   He was there for a birthday party.

3          Q.   Okay.   But your only source of knowledge as

4    to why Mr. Vargas was there, was that what you received

5    from your mother?

6          A.   Yes.

7          Q.   Okay.   Whose birthday party was going on?

8          A.   I don't know.

9          Q.   Okay.

10         MR. CONTRERAS:   And I'm objecting to the extent

11   that that misstates her prior testimony.   I believe she

12   said someone told her mother what Anthony was doing

13   there.

14         MR. KIZZIE:   Thank you.

15         Q.   All right.   And have you spoken with anyone

16   who was with Anthony Vargas on the night of the

17   incident?

18         A.   No.

19         Q.   Okay.   Have you spoken with anyone who

20   claims to have seen what occurred on the night of the

21   incident where Mr. Anthony Vargas was shot by sheriff's

22   deputies?

23         A.   No.

24         Q.   Okay.   So it's fair to say that you don't

25   know what happened on the night that Anthony Vargas was

Vargas vs. COLA                                    Deposition of Jaymee Vargas

```
1   shot by sheriff's deputies; is that right?
2        A.   (Inaudible.)
3        THE REPORTER:   I'm sorry.   Can you please
4   repeat.
5        THE WITNESS:   Just word of mouth from my mother.
6   BY MR. KIZZIE:
7        Q.   Okay.   All right.   Now, let's tie up that
8   end.
9        Your only source of information regarding what
10  happened on the night of the incident is what your
11  mother, Ms. Lisa Vargas, has told you she learned what
12  happened on the night of the incident; is that correct?
13       A.   Yes.
14       Q.   Okay.   You personally don't know what
15  happened on the night of the incident between Anthony
16  Vargas and the sheriff's deputies other than Anthony
17  Vargas was shot; is that correct?
18       A.   Yes.
19       Q.   Okay.   And you personally haven't spoken to
20  any sheriff's department investigators regarding the
21  incident that occurred other than the day that you went
22  to the sheriff's station; is that right?
23       A.   Correct.
24       Q.   Okay.   And you personally don't know if any
25  sort of deputy clique named The Banditos or others like
```

1   potential consequences if it's not answered and also

2   that the deposition from here on must proceed in the

3   following fashion:  That it is one attorney examining

4   and one attorney defending; therefore, one attorney

5   appearing on the record speaking, et cetera, from here

6   on out.

7        So Mr. Contreras, if you want to briefly speak

8   with the witness regarding the magistrate judge's

9   order, I'll allow it.  Otherwise, I would like an

10  answer to my question.  What would you like to do?

11       MR. CONTRERAS:  I'm going to reiterate that,

12  Jaymee, the judge did actually tell me to advise you --

13  she ordered for me to advise you that you have to

14  answer the question.  If you don't answer the question,

15  there will be consequences, potentially contempt, so if

16  you want to go off the record and meet to discuss that

17  further, we can.  Otherwise, we'll continue with the

18  deposition.

19       THE WITNESS:  Okay.  I'll answer it.

20  BY MR. KIZZIE:

21       Q.  Okay.  Thank you.  I'll pose the question

22  again.

23       Ms. Vargas, is it true that while you were

24  growing up with Anthony Vargas, you made allegations of

25  child abuse against your mother, Lisa Vargas?

1      A.  Yes.

2      Q.  Okay.  And in these abuse allegations, you

3  told authorities that your mother, Lisa Vargas, was

4  violent with you and hit you; is that right?

5      A.  Yes.

6      Q.  Okay.  And in these allegations -- well,

7  first of all, what year were these allegations made?

8      A.  I believe around 2007.

9      Q.  2007.  Okay.  And was your mother, Lisa

10 Vargas, living with you as well as Anthony Vargas at

11 the time you made these allegations of child abuse

12 involving violence against your mother?

13     A.  Yes.

14     Q.  Okay.  And as a result of your allegations,

15 were you and Anthony Vargas and Ms. Lisa Vargas's other

16 children removed from her custody?

17     A.  Yes.

18     Q.  For how long?

19     A.  Till I was 17.

20     Q.  And how old were you when you made these

21 allegations of child abuse against your mother, Lisa

22 Vargas?

23     A.  12.

24     Q.  And how old was Anthony Vargas when you made

25 these allegations of child abuse against your mother,

1   Lisa Vargas, as a result of which he was removed from

2   her custody?

3           A.   I believe about 8.

4           Q.   Okay.  And to your knowledge, how long were

5   you and Anthony Vargas removed from Ms. Vargas's

6   custody as a result of these allegations?

7           A.   Well, I was removed till I was 17.  Anthony

8   went back home with my mom.  I don't know exactly when.

9           Q.   Okay.  What is your estimate as to

10  approximately how long it was before Anthony Vargas

11  went back to your mother after your allegations?

12          A.   I'm not sure.  I didn't have any contact

13  with my family when I was away.

14          Q.   Okay.  And what was the nature of these

15  allegations?

16          What did you allege happened?

17          A.   I don't want to answer that.

18          Q.   Okay.  Well, how about this.  Did your child

19  abuse allegations against your mother, Lisa Vargas,

20  involve allegations of your mother being violent?

21          A.   Yes.

22          Q.   Okay.  All right.  And is it true that

23  another one of your siblings also made child abuse

24  allegations against your mother involving violence?

25          A.   Not to my knowledge.  I don't know.

Vargas vs. COLA                                          Deposition of Jaymee Vargas

```
 1           Q.   You don't know?

 2           A.   (No audible response.)

 3           Q.   Is it correct that you don't know?

 4           A.   Yes.

 5           Q.   Okay.  And approximately how many of you and

 6      your siblings were living with Ms. Vargas at the time

 7      that you made these child abuse allegations against

 8      her?

 9           A.   Like 6.

10           Q.   Okay.  And as a result of these child abuse

11      allegation that you made against Lisa Vargas, were all

12      6 of you removed from her custody?

13           A.   No.

14           Q.   All right.  How many of you were removed

15      from her custody?

16           A.   3.

17           Q.   Who?

18           A.   Myself, Anthony, and Andrea, his twin.

19           Q.   Okay.  All right.  Other than your

20      allegations of child abuse against your mother, are you

21      aware if any of your siblings have made child abuse

22      allegations against your mother?

23           A.   I'm not aware, no.

24           Q.   And what happened -- or I guess were your

25      child abuse allegations investigated by the Department
```

1    of Children and Family Services of Los Angeles County?

2         A.   Yes.

3         Q.   Okay.  And was there any finding or ultimate

4    outcome regarding your allegations against your mother?

5         A.   Yes.

6         Q.   What was it?

7         A.   I don't wish to disclose that.

8         Q.   Well, unfortunately this answer I have to

9    insist on, so --

10        A.   I'm not going to answer that.

11        Q.   Okay.

12        A.   I answered your question, yes, my mom did

13   abuse -- the allegations that were made were

14   investigated, and they were true.  I'm not going to

15   answer that.  I don't think that's really necessary.

16   You don't need to know that.

17        Q.   Well, unfortunately, I think I have to

18   disagree, and the judge also disagreed.

19        So Mr. Contreras, do you want to speak to your

20   client off the record?

21        MR. CONTRERAS:  Yes.  Let's go off the record.

22        MR. KIZZIE:  All right.  Let's go off the record

23   for 5 minutes till 10:26.

24        (Break taken from 10:21 to 10:27 A.M.)

25

```
 1    BY MR. KIZZIE:

 2         Q.  Ms. Vargas, we're back on the record.  I

 3    think your sound is off.

 4         A.  Okay.

 5         MR. KIZZIE:  All right.  So Madam Reporter, now

 6    that Ms. Vargas has spoken with her counsel,

 7    Mr. Contreras, could you please read back the last

 8    pending question.

 9         (Record read as follows:)

10         "QUESTION:  And was there any finding or

11    ultimate outcome regarding your allegations against

12    your mother?"

13         THE WITNESS:  The answer is yes.

14    BY MR. KIZZIE:

15         Q.  Okay.  And what was the outcome?

16         A.  She abused us.

17         Q.  Okay.  So the investigation by DCFS resulted

18    in the allegations being founded; is that correct?

19         A.  Yes.

20         Q.  And when you say that "she abused us," who

21    are you referring to?

22         Who else are you referring to?

23         A.  Me, Anthony, and Andrea.

24         Q.  Okay.  So the investigation by DCFS resulted

25    in a finding that Ms. Lisa Vargas abused you, Anthony
```

1   Vargas, and his twin, Andrea Vargas; is that right?

2        A.   Yes.

3        Q.   Yes?

4        A.   Yes.

5        Q.   All right.   And regarding the allegations of

6   abuse that were founded against Ms. Lisa Vargas

7   involving you, Andrea Vargas, and Anthony Vargas, were

8   those allegations of violence?

9        A.   Yes.

10       Q.   Okay.   All right.   Now, regarding Anthony

11  Vargas, let's say the incident happened August 12,

12  2018, for about 2 years prior, so from August 2016 to

13  August 2018, do you have that time frame in your mind?

14       A.   Uh-huh.

15       Q.   Is that a yes?

16       A.   Yes.

17       Q.   All right.   About how often would you see

18  Anthony Vargas between August 2016 and August 2018?

19       A.   Maybe like 3 to 4 times a year.

20       Q.   Okay.   One second.

21       (Pause.)

22       MR. KIZZIE:   All right, everyone.   Sorry about

23  that.

24       Q.   Okay.   So between August 2016 and August

25  2018, you saw Mr. Anthony Vargas approximately 3 to 4

1        Q.   One second.

2        What is your best estimate as to how often you

3   would speak with Anthony Vargas between 2015 and 2018?

4        A.   Every week.

5        Q.   Okay.  All right.  And please describe, to

6   your knowledge, let's say for 2 years from 2016 to

7   2018, to your knowledge, what were Mr. Anthony Vargas's

8   hobbies and routine?

9        What would he usually do?

10       A.   He would go to church, go to work, and he

11  would fish.  He would go fishing.

12       Q.   Okay.  Do you know if Anthony Vargas drank

13  at all, alcohol?

14       A.   No.

15       Q.   Do you know if Anthony Vargas smoked

16  marijuana at all?

17       A.   No.

18       Q.   Do you know if Anthony Vargas smoked

19  methamphetamine at all?

20       A.   No.

21       Q.   Okay.

22       A.   My brother didn't even cuss in front of me.

23       Q.   Thank you.  But unfortunately, I have to

24  strike everything after "no" as nonresponsive because I

25  didn't ask if your brother cursed at you.  I asked if

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2                    *   *   *   *   *

3        I, Jina Jani, Certified Shorthand Reporter

4    qualified in and for the State of California, do hereby

5    certify:

6        That the foregoing proceedings were taken before

7    me at the time and place therein set forth, at which

8    time the witness was put under oath by me; that the

9    testimony of the witness and all objections made at the

10   time of the proceedings were recorded stenographically

11   by me and were thereafter transcribed under my

12   direction; that the foregoing is a true record of the

13   testimony and of all objections made at the time of the

14   proceedings;

15       I further certify that I am neither counsel for

16   nor related to any party to said action nor in any way

17   interested in the outcome thereof;

18       That dismantling, unsealing, or unbinding of the

19   original transcript will render the Reporter's

20   Certificate null and void.

21       Dated this 13th day of July, 2020.

22

23

24   _____

25        JINA JANI, CSR NO. 8888