# EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number & Address)*: <br> MARINA SAMSON, ESQ. <br> RICKEY IVIE, ESQ. <br> IVIE MCNEILL & WYATT <br> 444 S. FLOWER ST. #1800 <br> LOS ANGELES   CA   90071 <br><br> ATTORNEY FOR *(Name)*:  DEFENDANTS | TELEPHONE NO.: <br> 213-489-0028 <br><br> TRACKING NO.: <br> 1170815PDL | *FOR COURT USE ONLY* |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY: <br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE: <br> LISA VARGAS V. COUNTY OF LOS ANGELES, ET AL. | | |

| **PROOF OF SERVICE** | HEARING DATE: <br> 04-03-23 | TIME: <br> 8:30AM | DEPT./RM.: <br> 8B | CASE NUMBER: <br> 2:19-cv-03279-MEMF-AS |
|---|---|---|---|---|

1. I served the:

    a. **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION**

    b. on *(name)*: Jaymee Vargas-Ponce

        c. by serving: Jaymee Vargas, (Hispanic, female, 29 years, ht 5.6 wht 240 lbs black hair, brown eyes )

    d. by delivery:  ☒ TO RESIDENCE    ☐ TO BUSINESS    ☐ OTHER (       )
       1. date:  3/22/2023
       2. time:  10:20 AM
       3. address:  4819 Whitter Blvd., #C
          LOS ANGELES  CA  90022

    e. ☐ by mailing
       1. date:
       2. city:

    f. ☒ witness fees paid.                ☒ production fees paid.
       amount:………$  33.00        amount:……..$  15.00

2. Manner of service:  PERSONAL SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:                 ☐ Not A Registered California Process Server
   JIMMY VASQUEZ              ☒ Registered California Process Server
   800 W. 1ST St., Suite 200B       ☐ Owner  ☐ Employee  ☒ Independent Contractor
   Los Angeles, CA  90012          ☒ Registration No.:  6683
   (213) 607-9000                 ☒ County:  LOS ANGELES   ☐ Fee for service: $

**USA Legal Network**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: 03/23/2023           Signature _____