# EXHIBIT 3

**From:** Marina Samson <MSamson@imwlaw.com>
**Sent:** Saturday, April 15, 2023 6:06 PM
**To:** Christian Contreras <ccontreras@ghclegal.com>
**Cc:** Humberto Guizar <hguizar@ghclegal.com>; Rickey Ivie <RIvie@imwlaw.com>; La Kwanza Dixon <LDixon@imwlaw.com>
**Subject:** Re: Vargas v. COLA - Jayme Vargas-Ponce testimony

Counsel,

In case the trial proceeds to Phase II, we intend to intent to call Jayme Vargas-Ponce or read deposition testimony of Jayme Vargas-Ponce. Ms. Ponce has been served on March 22, 2023, however failed to appear. If you stipulate and provide your intended page/line testimony for Ms. Ponce which you already filed as Dkt. No. 232 , we will agree to introduce her deposition testimony and provide a stipulated index to be filed jointly. Otherwise, we will ask for a warrant.

Let us know by 5 p.m. tomorrow, April 16, 2023 if you would agree to read the previously provided portions of the deposition transcript****

Thank you.
Marina

| Page No. | LINES |
|---|---|
| Page 5 | Lines 12-16, 24-25 |
| Page 6 | Lines 1-12 |
| Page 10 | Lines 6-7 |
| Page 11 | Lines 17-25 |
| Page 12 | Lines 1-19 |
| Page 13 | Lines 8-25 |
| Page 14 | Lines 1-5 |
| Page 15 | Lines 5-25 |
| Page 16 | Lines 14-23 |
| Page 17 | Lines 1-6 |
| Page 18 | Lines 14-23 |
| Page 36 | Lines 20-25 |
| Page 37 | Lines 1-25 |
| Page 38 | Lines 1-3, 18-21 |
| Page 39 | Lines 5-18, 24-25 |
| Page 40 | Lines 1-5 |
| Page 41 | Lines 5-25 |
| Page 42 | Lines 1-9 |
| Page 44 | Lines 12-20 |



**Marina Samson** | **Attorney**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
MSamson@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Marina Samson and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.