# EXHIBIT 5

Marina Samson, Esq.
Rickey Ivie, Esq.
Ivie McNeill Wyatt Purcell & Diggs
444 S. Flower St., Suite 1800
Los Angeles, CA 90071


LISA VARGAS V. COUNTY OF LOS ANGELES, ET AL.
Case number: 2:19-CV-03279-MEMF-AS


DECLARATION OF JIMMY VASQUEZ

My name is Jimmy Vasquez, I am a registered process server, my registration number is 6683, Los Angeles County. I am an independent contractor and was hired by USA Legal Network to serve Jaymee Vargas-Ponce (USA Legal Ticket #1170815) with a SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION on 3/20/2023. I received these documents via e-mail with instructions to serve the above subject.

On 3/21/2023 at 5:00pm I arrived at the location to start a stake out as instructed by the customer. The gate was locked, no access. 3/21/23 6:12pm I waited to gain access to the building, with no intercom. After 1 hour and 12 mins, someone entered the building, and I was able to follow them in. 3/21/2023 6:14pm I knocked at the door, and a "John Doe", (Short male, bald, tattoos all over body) answered the door. I asked for the subject, and he stated that the subject was his daughter. He called for the subject, who came to the door. She stated that the plaintiff "Lisa Vargas" is her mother but did not know what this was about. I announced the service and handed the documents to her. The subject was a (Hispanic, female, 29 years, ht 5.6 wht 240 lbs black hair, brown eyes.) I took photos of the property while I was at the location trying to gain access to the building. I left the location without any incident.


_____
Jimmy Vasquez
Registered Process Server
Registration # 6683 – Los Angeles County











