Humberto Guizar, Esq. (SBN 125769)
hguizar@ghclegal.com
Christian Contreras Esq. (SBN 330269)
ccontreras@ghclegal.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
3500 W. Beverly Boulevard
Montebello, California 90640
Telephone: (323) 725-1151; Facsimile: (323) 597-0101

Attorneys for Plaintiff, LISA VARGAS

**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**MARINA SAMSON (S.B.N.: 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028; Fax      (213) 489-0552
Attorneys for Defendants, COUNTY OF LOS ANGELES, et.al.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VARGAS,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES, NIKOLIS PEREZ, JONATHAN ROJAS, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | Case No.: 2:19-cv-03279-MEMF-AS<br>*[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**VERDICT FORM – PHASE II**<br><br>Trial Date:       April 6, 2023 |

1

**VERDICT FORM – PHASE II**

1  **TO HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

**COME NOW** the parties and hereby submit this proposed verdict form for Phase II.

DATED: April 20, 2023                                **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: _/s/ Christian Contreras_
HUMBERTO GUIZAR
CHRISTIAN CONTRERAS
Attorneys for Plaintiffs

DATED: April 20, 2023                                **IVIE McNEILL WYATT PURCELL & DIGGS**

By:   _/s/ Marina Samson_
**RICKEY IVIE**
**MARINA SAMSON**
**Attorneys for Defendants,**
**COUNTY OF LOS ANGELES, et.al.**

## PROPOSED VERDICT FORM – PHASE II

We the jury answer the questions submitted to us as follows:

### Question No. 1.:

**What are Anthony Vargas' survival damages for his loss of life and for his pre-death pain and suffering?**

 **Loss of life:**       $ _____

 **Pre-death pain and suffering:** $ _____

Please answer Question No. 2.

### Question No. 2.:

**What are Lisa Vargas' wrongful death damages?**

 a. The reasonable value of past household services that Anthony Vargas would have provided:

$ _____

 b. The reasonable value of future household services that Anthony Vargas would have provided:

$ _____

 c. The past loss of Anthony Vargas' love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance:

$ _____

 d. The future loss of Anthony Vargas' love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance:

$ _____

Please answer Question No. 3.

**Question No.3 :**

**Was Anthony Vargas's negligent?**

YES_____    NO_____

If you answered YES to Question No. 3, please answer Question No. 4.
If you answered NO to Question No. 3, please answer Question No. 6.

**Question No.4 :**

**Was Anthony Vargas's negligence a substantial factor in causing his death?**

YES_____    NO_____

If you answered YES to Question No. 4, please answer Question No. 5.
If you answered NO to Question No. 4, please answer Question No. 6.

**Question No. 5 :**

What percentage of responsibility of harm do you assign to each of the following persons:

**Nikolis Perez:**     _____%
**Jonathan Rojas:**    _____%
**Anthony Vargas:**    _____%

4
**VERDICT FORM – PHASE II**

**TOTAL**                          **100%**

Please answer Question No. 6.

### Question No. 6:

What amount of punitive damages do you award against the defendant deputies to punish them and to deter similar acts in the future?

**Nikolis Perez**          $ _____

**Jonathan Rojas**       $ _____

*Please sign and date the verdict form and return it to the Court.*

Date: _____              _____
                                                             JURY FOREPERSON