

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. LA CV 19-03279 MEMF

Title:   Lisa Vargas v. County of Los Angeles, et al.

Date: 4-18-23
Time: 11:45

JURY NOTE NUMBER   4

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__   THE JURY REQUESTS THE FOLLOWING:

Seeking guidance with the process if all jurors can't come to a unanimous decision.

DATE: 4-18-23          SIGNED: **REDACTED BY COURT**
                                FOREPERSON OF THE JURY