

Humberto Guizar, Esq. (SBN 125769)
 *hguizar@ghclegal.com*
Christian Contreras Esq. (SBN 330269)
 *ccontreras@ghclegal.com*
**GUIZAR, HENDERSON & CARRAZCO, LLP**
3500 W. Beverly Boulevard
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Attorneys for Plaintiff,
LISA VARGAS

**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**MARINA SAMSON (S.B.N.: 315024)**
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028
Fax   (213) 489-0552
Attorneys for Defendants, COUNTY OF LOS ANGELES, et.al.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA VARGAS,<br><br>                    Plaintiff<br><br>          v.<br><br>COUNTY OF LOS ANGELES, NIKOLIS PEREZ, JONATHAN ROJAS, and DOES 1 through 10, inclusive,<br><br>                    Defendants | Case No.: **2:19-cv-03279-MEMF-AS** *[Hon. Maame Ewusi-Mensah Frimpong, United States District Judge]*<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date:        April 6, 2023 |

1

TO   HONORABLE   COURT,   ALL   PARTIES   AND   T━━◯   THEIR ATTORNEYS OF RECORD HEREIN:

COME NOW the parties and hereby submit this Joint Exhibit Lis ━◄.

## TRIAL EXHIBIT LIST

### Plaintiffs' Exhibits

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 1. | Surveillance Video from Maravilla Housing Community Capturing Shooting Part I | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 2. | Surveillance Video from Maravilla Housing Community Capturing Shooting Part II | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 3. | Photo of Nueva Marilla Housing | Detective Dean Camarillo / Sgt. | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | Community Map | Robert Martindale | | | | | |
| 4. | Aerial Photographs of Nueva Maravilla Housing Community (13 photographs) | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 5. | Picture of Patrol Vehicle and Scene | Detective Dean Camarillo / Sgt. Robert Martindale | 4/10/23 | 4/10/23 | Y | Y | |
| 6. | Picture of Anthony Vargas' Body Covered | Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 | 4/14/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |

3

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 7. | Picture of Anthony Vargas' Body Covered and evidence markers | Detective Dean Camarillo / Sgt. Robert Martindale | 4/14/23 | 4/14/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 8. | Second picture of Anthony Vargas' Body Covered and evidence markers | Detective Dean Camarillo / Sgt. Robert Martindale | 4/10/23 | 4/14/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 9. | Picture of blood on ground | Detective Dean Camarillo / Sgt. Robert Martindale | 4/14/23 | 4/14/23 | Y | Y | |
| 10. | Second picture of blood on ground | Detective Dean Camarillo / Sgt. Robert | | | | | |

4

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | | Martin dale | | | | | |
| 11. | Picture of Anthony Vargas' back showing gunshot wounds | Detective Dean Camarillo / Sgt. Robert Martin dale | 4/14/23 | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 12. | Second picture of Anthony Vargas' back showing gunshot wounds | Detective Dean Camarillo / Sgt. Robert Martin dale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 13. | Third picture of Anthony Vargas' back showing gunshot wounds | Detective Dean Camarillo / Sgt. Robert Martin dale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 14. | Picture of Anthony | Detective | | | | | Defendants - Irrelevant/ |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | Vargas' side back post shooting | Dean Camarillo / Sgt. Robert Martindale | | | | | Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 15. | Second picture of Anthony Vargas' side back post shooting | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 16. | Picture of Anthony Vargas' right arm | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 17. | Picture of Anthony Vargas' left shoulder | Detective Dean Camarillo / Sgt. Robert | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi |

6

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | | Martin dale | | | | | sleading to Jury-FRE 401, 402, 403 |
| 18. | Picture of Anthony Vargas' left ear/left back head showing gunshot wound | Detective Dean Camarillo / Sgt. Robert Martin dale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 19. | Picture of Anthony Vargas' face post shooting | Detective Dean Camarillo / Sgt. Robert Martin dale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 20. | Picture of Anthony Vargas' head showing bullet hole | Detective Dean Camarillo / Sgt. Robert Martin dale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 21. | Second picture of Anthony Vargas' head showing bullet hole | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 22. | Picture of weapon found at the scene post shooting | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | |
| 23. | Picture of weapon found at the scene post shooting with evidence marker 16 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 24. | Picture of Deputy Rojas' radio cord. | Detective Dean Camarillo / Sgt. Robert | 4/7/23 | 4/7/23 | Y | Y | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | | Martin dale | | | | | |
| 25. | Picture of Handcuffs with evidence marker 21 | Detective Dean Camarillo / Sgt. Robert Martin dale | 4/13/23 | 4/14/23 | | | |
| 26. | Autopsy picture of Anthony Vargas' back | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martin dale | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE 401, 402, 403 |
| 27. | Autopsy picture of Anthony Vargas' side back | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Mi sleading to Jury-FRE |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | | Robert Martindale | | | | | 401, 402, 403 |
| 28. | Autopsy picture of Anthony Vargas' arm | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 29. | Autopsy picture of Anthony Vargas' left shoulder | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 30. | Autopsy picture of Anthony Vargas' ear | Dr. Timothy Dutra or Detecti | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | | ve Dean Camarillo / Sgt. Robert Martindale | | | | | Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 31. | Autopsy picture of Anthony Vargas' face | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 32. | Autopsy picture of Anthony Vargas' head | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 | 4/11/23 | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 33. | Autopsy picture of Anthony Vargas' clothing | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 34. | Autopsy Report of Anthony Vargas | Dr. Timothy Dutra | 4/11/23 | | | | Defendants - Irrelevant/ Unduly Prejudicial & Graphic/Misleading to Jury-FRE 401, 402, 403 |
| 34A | pgs 1-23 | | 4/11/23 | 4/11/23 | | | |
| 35. | Audio & Transcribed August 12, 2018 interview of Jonathan Rojas & Written Statement | Defendant Rojas | | | | | Defendants - Hearsay/Admissible solely for reference - FRE 801 |
| 36. | Audio & Transcribed August 12, 2018 interview | Defendant Perez | | | | | Defendants - Hearsay/Admissible solely for |

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| | of Nikolis Perez | | | | | | reference - FRE 801 |
| 37. | Dispatch call regarding shooting describing robbery suspects & Transcription | Defendant Perez / Defendant Rojas | | | Y | Y | |
| 38. | Audio dispatch call during shooting (#11924) & Transcription | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 39. | Latent prints analysis report by Jenny Mak – VARG 71 to VARG 72 | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | |
| 40. | DNA Report for | Detective | next page | | Y | Y | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 40 | firearm found at scene | Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | | | |
| 41. | DOJ Firearms trace for firearm found at scene | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 42. | General incident report for shooting (VARG 5-7) | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 43. | Supplemental Report (VARG 21-32) | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 44. | Audio & Transcribed August 12, 2018 interview of Sergeant Sara Rodriguez | Detective Dean Camarillo / Sgt. Robert Martindale | 4/11/23 audio only | 4/1/23 audio only | | | Defendants - Hearsay/Admissible solely for reference - FRE 801 |
| 45. | Dr. Jesse Wobrock's Rule 26 Expert Report & Wobrock Diagrams    45A demonstrative | Dr. Jesse Wobrock | Pgs 16 - 20 | ~~4/11/23~~ 4/11/23 only | Y | Pg 28 - | 45 A admitted on 4/13/23 |
| 46. | Theron Vines' Expert Report | Theron Vines | | | Y | | |
| 47. | Scott DeFoe's Expert Report | Scott DeFoe | | | Y | | |
| 48. | Okorie Okorocha Expert Report (PHASE II ONLY) | Okorie Okorocha | | | Y | | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 49. | Rocky Edward Expert Report | Rocky Edward | 4\|11\|23    49-22 demonstrative only | 4\|13\|23  4## | Y | Y | 49-22, 49-28 49-29 |
| 50. | Gil Jurado Expert Report | Gil Jurado | | | Y | Y | |
| 51. | Marvin Peitruzska Expert Report (PHASE II ONLY) | Marvin Peitruzska | | | Y | Y | |
| 52. | Defendant Jonathan Rojas Personnel File Materials BATES Stamped VARG447 to 459 regarding a May 26, 2016 incident. | Jonathan Rojas | | | | | Defendants - Hearsay/Admissible solely for reference - FRE 801 |
| 53. | Los Angeles County Sheriff's | Defendant Perez / Defend | n-ext page | | Y | Y | |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---------|-------------|---------------------------------|-----------------|---------------|------------------|-------------------|-----------|
|  | Department Use of Force Policy (Entire 3-10 Series) | ant Rojas | 4/10/23 | 4/10/23 |  |  |  |
| 54. | Family for photographs and photographs of Anthony Vargas for damages (PHASE II ONLY) | Plaintiff Lisa Vargas | 4/6/23 | 4/6/23 |  | 24 | Defendants - Irrelevant/ Unduly Prejudicial/ Confusing and Misleading to Jury – FRE 401, 402, 403 |
| 55. | Memorial stie photographs for damages( PHASE II ONLY) | Plaintiff Lisa Vargas |  |  | Y | Y |  |
| 56. | Certificates of Achievement for Anthony Vargas (PHASE II ONLY) | Plaintiff Lisa Vargas |  |  |  |  |  |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 57. | Video of Vargas family memorializing Anthony Vargas (PHASE II ONLY) | Plaintiff Lisa Vargas | | | | | Defendants - Irrelevant/ Unduly Prejudicial/ Confusing and Misleading to Jury – FRE 401, 402, 403 |
| 58. | Video of Dia De Los Muertos for Anthony Vargas (PHASE II ONLY) | Plaintiff Lisa Vargas | | | | | Defendants - Irrelevant/ Unduly Prejudicial/ Confusing and Misleading to Jury – FRE 401, 402, 403 |
| 59. | Video of Anthony Vargas Fishing (PHASE II ONLY) | Plaintiff Lisa Vargas | | | | | Defendants - Irrelevant/ Unduly Prejudicial/ Confusing and Misleading to Jury – FRE 401, 402, 403 |

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objection |
|---|---|---|---|---|---|---|---|
| 60. | Video of installation of memorial site (PHASE II ONLY) | Plaintiff Lisa Vargas | | | | | Defendants - Irrelevant/ Unduly Prejudicial/ Confusing and Misleading to Jury – FRE 401, 402, 403 |
| 61. | Los Angeles County Sheriff's Department Use of Force Policy – 5-09/220.50 | Defendant Perez / Defendant Rojas | 4/10/23 | 4/10/23 | Y | Y | |
| 62. | Additional Videos of Anthony Vargas (PHASE II ONLY) | | | | | | |
| 63-100 | Reserved for Plaintiff | | | | | | |

**DEFENDANTS' EXHIBITS**[1]

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 101. | Plaintiff's First Amended Complaint for Damages Dkt 28* | Plaintiff Lisa Vargas | | | Y | Y | Relevance |
| 102. | Plaintiff's Claim for Damages* | Plaintiff Lisa Vargas | | | Y | Y | Relevance |
| 103. | Letter Dated August 13, 2018 from Captain Christopher Bergner re: Deputy Involved Shooting | Plaintiff Lisa Vargas | | | Y | Y | Relevance/ Hearsay/ Confusing and Misleading to Jury – FRE 401, 402, 403, 801 |
| 104. | Plaintiff's Responses to Defendant COLA's Requests for Admission, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 105. | Plaintiff's Responses to Defendant COLA's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |

[1] "*" means for only reference or impeachment if needed.

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 106. | Plaintiff's Responses to Defendant Perez's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 107. | Plaintiff's Responses to Defendant Rojas' Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 108. | Plaintiff's First Supplemental Responses to Defendant COLA's Requests for Admission, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 109. | Plaintiff's First Supplemental Responses to Defendant COLA's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 110. | Plaintiff's First Supplemental Responses to Defendant Perez's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 111. | Plaintiff's First Supplemental Responses to | Plaintiff Lisa Vargas | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | Defendant Rojas' Special Interrogatories, Set One* | | | | | | |
| 112. | Plaintiff's Second Supplemental Responses to Defendant COLA's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 113. | Plaintiff's Second Supplemental Responses to Defendant Perez's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 114. | Plaintiff's Second Supplemental Responses to Defendant Rojas' Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 115. | Plaintiff's Third Supplemental Responses to Defendant COLA's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |

22

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 116. | Plaintiff's Third Supplemental Responses to Defendant Perez's Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 117. | Plaintiff's Third Supplemental Responses to Defendant Rojas' Special Interrogatories, Set One* | Plaintiff Lisa Vargas | | | Y | Y | |
| 118. 1 - 3 | 3 Photographs of Anthony Vargas Exhibits 42-44 to Plaintiff Lisa Vargas Depo. | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation |
| 119. | Photograph of Anthony Vargas Exhibit 57 to Plaintiff Lisa Vargas Depo. | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | to Jury – FRE 401, 402, 403 <br><br> No foundation |
| 120. | Photograph of Anthony Vargas Exhibit 59 to Plaintiff Lisa Vargas Depo. | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 <br><br> No foundation |
| 121. | Photograph of Anthony Vargas Exhibit 59 to Plaintiff Lisa Vargas Depo. | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 <br><br> No foundation |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 122. | Audio of 911 Call #1 by Valentina Zapata with Transcript | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | audio only |
| 123. | Audio of 911 Call #2 by Valentina Zapata with Transcript | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | audio only |
| 124. | Audio Interview of Valentina Zapata with Transcript & Written Statement | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 125. | Audio Interview of David Hill with Transcript & Written Statement | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 126. | Incident Record Pg. VARG000116 | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | |
| 127. | Incident Report Pg. | Detective Dean | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | VARG000005-07 | Camarillo / Sgt. Robert Martindale | | | | | |
| 128. | LASD Crime Analysis Supplemental Form VARG000008-09 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 129. | LASD Supplemental Report by R. Martinez VARG000014-15 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 130. | LASD Supplemental Report by C. Millan VARG000016 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 131. | LASD Supplemental Report by B. Olivares VARG000017-18 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 132. | LASD Supplemental Report re: Cell Phone Analysis | Detective Dean Camarillo / Sgt. | | | | | Relevance/ More Prejudicial |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | by Det. J. Moore VARG000019-20 | Robert Martindale | | | | | than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation |
| 133. | LASD Supplemental Report by Sgt. Eric Arias & Det. Gail Durham VARG000021-32 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 134. | LASD Supplemental Report by Sgt. Robert Martindale & Det. Dean Camarillo VARG000033-52 | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation Hearsay |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 135. | LASD Supplemental Report by Sgt. Robert Martindale & Det. Dean Camarillo VARG000053-57 | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403  No foundation |
| 136. | LASD Supplemental Report by Sgt. Robert Martindale & Det. Dean Camarillo VARG000058-59 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 137. | LASD Supplemental Report by Sgt. Robert Martindale & Det. Dean Camarillo VARG000060-61 | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | No foundation |
| 138. | LASD Crime Scene Investigation Report by Nakia Berry VARG000067-68 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 139. | LASD Laboratory Examination Report VARG000071-72 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 140. | Autopsy Report of Anthony Vargas VARG000073-96 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 141. | Department of Medical Examiner-Coroner, COLA-Forensic Science Laboratories Laboratory Analysis Summary Report VARG000097-98 | Dr. Timothy Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Not admissible in Phase I. |
| 142. | Department of Medical | Dr. Timothy | | | | | Relevance/ Hearsay/ |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | Examiner-Coroner, COLA-Investigator's Narrative + Form 82 VARG000100-102 | Dutra or Detective Dean Camarillo / Sgt. Robert Martindale | | | | | More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403, 801 No foundation |
| 143. | LASD Supplemental Report re: Cell Phone Analysis by Det. J. Moore VARG000114-115 | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation |
| 144. | Anthony Vargas Arrest Document VARG000119 | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading |

30

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | to Jury – FRE 401, 402, 403 No foundation |
| 145. | Department of Medical Examiner-Coroner, COLA-Gunshot Residue (GSR) Analysis Report VARG000442-443 | Samantha Ingalls and/or Detective Dean Camarillo / Sgt. Robert Martindale | 4/14/23 | 4/14/23 | Y | Y | |
| 146. | Department of Medical Examiner-Coroner, COLA-DNA Analysis Report Supplemental VARG000442-443 | Ilene Krokaugger or Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 147. | LASD Manual Policy 3-10/020.00 Authorized Use of Force | Defendant Perez / Defendant Rojas | 4/10/23 | 4/10/23 | Y | Y | |
| 148. | LASD Manual Policy 3- | Defendant Perez | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | 10/030.00 Unreasonable Force | / Defendant Rojas | | | | | |
| 149. | LASD Manual Policy 3-10/200.00 Use of Firearms and Deadly Force | Defendant Perez / Defendant Rojas | | | Y | Y | |
| 150. | Audio of Next of Kin Notification of Lisa Vargas | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 151. | Surveillance Footage of Pursuit of Anthony Vargas 1 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 152. | Surveillance Footage of Pursuit of Anthony Vargas 2 | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 153. 1-45 | Photographs of Shooting Scene 1 through 50 | Detective Dean Camarillo / Sgt. Robert | 4/7/23 | 4/7/23 | Y | Y | 1, 14, 16 1A, 16A |

32

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | Martindale | | | | | |
| 154. | Map of Nueva Maravilla Housing Complex | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 155. 1-10 | Autopsy Photographs of Anthony Vargas Right Side and Right Forearm 1 through 10 | | 4/13/23 | 4/13/23 | Y | Y | ⑤ ⑧ |
| 156. | 1 Photograph of recovered gun imprint on grass | Detective Dean Camarillo / Sgt. Robert Martindale | 4/13/23 | 4/13/23 | Y | Y | |
| 157. 1-10 | 10 photographs of recovered gun | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | ⑥ ② ③ ④ ⑦ |
| 158. | 1 photograph of Rojas radio lanyard | Detective Dean Camarillo / Sgt. | 4/11/23 | 4/11/23 | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | Robert Martindale | | | | | |
| 159. 1-2 | 2 Photographs of Anthony Vargas' clothes | Detective Dean Camarillo / Sgt. Robert Martindale | 4/14/23 | 4/14/23 | Y | Y | ① ② |
| 160. 1 - 3 | 3 Photographs of cuts on Deputy Rojas' hands | Detective Dean Camarillo / Sgt. Robert Martindale | 4/13/0 | 4/13/23 | Y | Y | ① |
| 161. 1-5 | 5 Aerial photographs of scene | | 4/7/23 | 4/7/23 | Y | Y | ① ⑤ ⑤A |
| 162. | Audio of Female Caller to ELA Station Watch Sgt. Line | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403

No foundation |

34

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 163. | Audio of Dispatch 3 #1 | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | audio only |
| 164. | Perez Audio of Dispatch 3 #4 | Deputy Perez | 4/7/23 | 4/7/23 | Y | Y | audio only |
| 165. | Comm. J Gil Jurado Expert Report* | Gil Jurado | 4/15/23 | | Y | | |
| 166. | Comm. J Gil Jurado Expert Rebuttal Report* | Gil Jurado | | | Y | | |
| 167. | Marvin Pietruszka, M.D. Expert Report * | Marvin Pietruszka | | | Y | | |
| 168. | Marvin Pietruszka, M.D. Expert Rebuttal Report* | Marvin Pietruszka | | | Y | | |
| 169. | Rocky Edwards Expert Report* | Rocky Edwards | 4/13/23 | 4/13/23 | Y | | ① renamed as ④ ⑤ " ⑥ ⑩ " ⓒ |
| 170. | Surveillance Footage of Anthony Vargas on Fire Roads | Detective Dean Camarillo / Sgt. Robert Martindale | 4/7/23 | 4/7/23 | Y | Y | audio only |
| 171. | Surveillance Footage of | Detective Dean | next page | | | | |

35

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | Pursuit of Anthony Vargas 1 | Camarillo / Sgt. Robert Martindale | 4/10/23 | 4/10/23 | | | video audio only |
| 172. | Surveillance Footage of Pursuit of Anthony Vargas 2 | Detective Dean Camarillo / Sgt. Robert Martindale | 4/10/23 | 4/10/23 | Y | Y | video audio only |
| 173. | P.O.S.T. DOMAIN #20* | Rocky Edwards | | | Y | Y | |
| 174. | P.O.S.T. DOMAIN #33* | Rocky Edwards | | | Y | Y | |
| 175. | P.O.S.T. DOMAIN #35* | Rocky Edwards | | | Y | Y | |
| 176. | Plaintiff Expert Scott Defoe Report* | Scott Defoe | | | Y | Y | |
| 177. | Plaintiff Expert Okorie Okorocha Report* | Okorie Okorocha | | | Y | Y | |
| 178. | Plaintiff Expert Jesse Wobrock Report* | Jesse Wobrock | | | Y | Y | |
| 179. | Plaintiff Expert Jesse Wobrock Rebuttal Report* | Jesse Wobrock | | | Y | Y | |
| 180. | Plaintiff Expert Theron Vines Report* | Theron Vines | 4/10/23 | 4/10/23 | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 181. | Supplementary Report re: Interview of Carlos Estrada | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Hearsay<br><br>Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 182. | Audio of interview of Carlos Estrada | Detective Dean Camarillo / Sgt. Robert Martindale | | | | | Hearsay<br><br>Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 183. | Supplementary Report by C. Millan re: Interview of | Detective Dean Camarillo / Sgt. Robert | | | | | Hearsay<br><br>Relevance/ More Prejudicial |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | Jaymee Ponce Vargas | Martindale | | | | | than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation |
| 184. | Scott Defoe CV* | Scott Defoe | | | Y | Y | |
| 185. | Scott Defoe fee schedule* | Scott Defoe | | | Y | Y | |
| 186. | Scott Defoe case list* | Scott Defoe | | | Y | Y | |
| 187. | Jesse Wobrock CV* | Jesse Wobrock | | | Y | Y | |
| 188. | Jesse Wobrock fee schedule* | Jesse Wobrock | | | Y | Y | |
| 189. | Jesse Wobrock case list* | Jesse Wobrock | | | Y | Y | |
| 190. | Theron Vines CV* | Theron Vines | | | Y | Y | |
| 191. | Theron Vines fee schedule* | Theron Vines | | | Y | Y | |
| 192. | Theron Vines case list* | Theron Vines | | | Y | Y | |
| 193. | Okorie Okorocha CV* | Okorie Okorocha | | | Y | Y | |
| 194. | Okorie Okorocha fee schedule* | Okorie Okorocha | | | Y | Y | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 195. | Okorie Okorocha case list* | Okorie Okorocha | | | Y | Y | |
| 196. | Okorie Okorocha Complaint for Damages Babayan v. COLA* | Okorie Okorocha | | | | | Hearsay  Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403  No foundation |
| 197. | Okorie Okorocha Complaint for Damages Cleveland v. COLA* | Okorie Okorocha | | | | | Hearsay  Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403  No foundation |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| 198. | Okorie Okorocha Complaint for Damages Cox v. CHP* | Okorie Okorocha | | | | | Hearsay<br><br>Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 199. | Okorie Okorocha Complaint for Damages Patel v. City of Los Angeles* | Okorie Okorocha | | | | | Hearsay<br><br>Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 200. | Google Map of Shooting Area | Detective Dean Camarillo / Sgt. Robert | | | | | |

40

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | Martindale | | | | | |
| 201. | Google Satellite Image of Shooting Area | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 202.-4 | 4 Google Street Photographs of Hammel & Mednik | Detective Dean Camarillo / Sgt. Robert Martindale | | | Y | Y | |
| 203. | Excerpts of Video of Lisa Vargas Statement 1 | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 204. | Excerpts of Video of Lisa Vargas Statement 2 | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 205. | Excerpts of Video of Lisa Vargas Statement 3 | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403<br><br>No foundation |
| 206. | Excerpts of Video of Lisa Vargas Statement 4 | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403 |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | | | | | | | No foundation |
| 207. | Excerpts of Video of Lisa Vargas Statement 5 | Plaintiff Lisa Vargas | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403  No foundation |
| 208. | Plaintiff expert disclosure of Jesse Wobrock in Andrew Garcia v City of Garden Grove | Jesse Wobrock | | | | | Relevance/ More Prejudicial than probative Confusing and Misleading to Jury – FRE 401, 402, 403  No foundation |
| 209. | Wobrock Expert report in Gonzalez v. | Jesse Wobrock | | | | | Relevance/ More Prejudicial |

43

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Authenticity Y/N | Admissibility Y/N | Objections |
|---|---|---|---|---|---|---|---|
| | County of Los Angeles Lawsuit | | | | | | than probative Confusing and Misleading to Jury – FRE 401, 402, 403 No foundation |
| 210 - 250 | Reserved for Defendants | Jesse Wobrock | | | | | |

Byrce Hunt – 4/11/23

DATED: March 30, 2023             **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: _____

HUMBERTO GUIZAR
CHRISTIAN CONTRERAS[2]
Attorneys for Plaintiff

Dated: March 30, 2023             **IVIE McNEILL WYATT**
                                  **PURCELL & DIGGS**

By:   _/s/ MARINA SAMSON_
      **RICKEY IVIE**
      **MARINA SAMSON**
      **Attorneys for Defendant,**
      **COUNTY OF LOS ANGELES, et.al.**

---

[2] Pursuant to the Local Rules, I attest that all signatories to this document authorized the joint filing of this document.

**JOINT EXHIBIT LIST**